IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MOLLY LOVETT** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION 4:16-cv-01531** |
| **ALLSTATE TEXAS LLOYDS and** | § | |
| **JEFFREY LEE GRUBER** | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    COMES NOW, Molly Lovett, Plaintiff herein, and hereby notifies the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit.  Accordingly, Plaintiff respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

*[signature]*

Bryant Fitts
Texas State Bar No. 24040904
Federal I.D. No. 37350
bfitts@fittslawfirm.com
Carla Delpit
Texas State Bar No. 24082183
Federal I.D. No. 2248226
cdelpit@fittslawfirm.com
FITTS LAW FIRM, PLLC
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
Telephone 713.871.1670
Facsimile 713.583.1492

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify on the 9th day of May, 2017, a true and correct copy of the above and foregoing was filed in the CM/ECF system and forwarded to all parties of record via electronic notices, facsimile, and/or U.S. Postal Mail in compliance with the Federal Rules of Civil Procedure:

*Via Email:  JSimon@thompsoncoe.com*
Jay Scott Simon
THOMPSON COE, COUSINS &IRONS, LLP
One River Way, Suite 1400
Houston, Texas 77056
(713) 403-8216 Tel.
(713) 403-8299 Fax