United States District Court
Southern District of Texas
**ENTERED**
May 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOLLY LOVETT,<br>      Plaintiff,<br><br>v.<br><br>ALLSTATE TEXAS LLOYDS and<br>JEFFREY LEE GRUBER,<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>CIVIL ACTION NO. H-16-1531 |

## CONDITIONAL DISMISSAL ORDER

The Court has been informed that the parties have resolved their dispute.  *See* Notice of Settlement [Doc. # 12].  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of Plaintiff's claims if any party represents to the Court on or before **June 12, 2017,** that the settlement could not be completely documented and funded.

SIGNED at Houston, Texas, this 10th day of **May, 2017**.

*/s/ Nancy F. Atlas*
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

C:\Users\shelia_ashabranner\AppData\Local\Temp\notesFFF692\1531Conditional.wpd
170510.0959