IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MOLLY LOVETT,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-01531 |
| | § | |
| **ALLSTATE TEXAS LLOYDS AND** | § | |
| **JEFFREY LEE GRUBER,** | § | |
| | § | |
| *Defendants*. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff, MOLLY LOVETT, and Defendants, ALLSTATE TEXAS LLOYDS AND JEFFREY LEE GRUBER, file this, their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiff and Defendants, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiff no longer desires to prosecute this suit against any Defendant. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

**II.**

Plaintiff and Defendants move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendants respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiff's right to refile same.

Respectfully submitted,

  /s/ Carla Delpit *
Bryant Fitts
State Bar No. 24040904
bfitts@fittslawfirm.com
Carla Delpit
State Bar No. 24082183
cdelpit@fittslawfirm.com
FITTS LAW FIRM, PLLC
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
Telephone: (713) 871-1670
Facsimile: (713) 583-1492

**ATTORNEYS FOR PLAINTIFF**

*Signed with Permission*

  /s/ Jay Scott Simon
Jay Scott Simon
State Bar No. 24008040
Federal No. 31422
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8216
Facsimile:  (713) 403-8299

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of May, 2017, a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure:

    Bryant Fitts
    Carla Delpit
    FITTS LAW FIRM, PLLC
    2700 Post Oak Blvd., Suite 1120
    Houston, Texas 77056
    Email: bfitts@fittslawfirm.com
           cdelpit@fittslawfirm.com

                                              /s/ Jay Scott Simon
                                             Jay Scott Simon