United States District Court
Southern District of Texas
**ENTERED**
May 23, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MOLLY LOVETT,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-01531 |
| | § | |
| **ALLSTATE TEXAS LLOYDS AND** | § | |
| **JEFFREY LEE GRUBER,** | § | |
| | § | |
| *Defendants*. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff MOLLY LOVETT, and Defendants, ALLSTATE TEXAS LLOYDS AND JEFFREY LEE GRUBER'S Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 23rd day of __May__, 2017.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

2718316v1
03646.321

**AGREED:**

  */s/ Carla Delpit* *
Bryant Fitts
State Bar No. 24040904
bfitts@fittslawfirm.com
Carla Delpit
State Bar No. 24082183
cdelpit@fittslawfirm.com
FITTS LAW FIRM, PLLC
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
Telephone: (713) 871-1670
Facsimile: (713) 583-1492

**ATTORNEYS FOR PLAINTIFF**

*\* Signed with Permission*

  */s/ Jay Scott Simon*
Jay Scott Simon
State Bar No. 24008040
Federal No. 31422
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8216
Facsimile:  (713) 403-8299

**ATTORNEYS FOR DEFENDANTS**